**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

SEAN M. DONAHUE,        :   No. 255 MAL 2019

         Petitioner     :

                             :   Petition for Allowance of Appeal from
                             :   the Order of the Commonwealth Court

         v.                       :

                             :

STATE CIVIL SERVICE COMMISSION   :
(PENNSYLVANIA DEPARTMENT OF     :
LABOR AND INDUSTRY),            :

                             :
         Respondent    :

## **ORDER**

**PER CURIAM**

      **AND NOW**, this 24th day of September, 2019, the Petition for Allowance of Appeal
is **DENIED**.